No. 396. W. T. CARTER & BROS. ET AL. *v.* SHORT ET AL. November 6, 1939. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443; (2) Compare *Litchfield* v. *Register,* 9 Wall. 575, 577–578; *Minnesota* v. *Lane,* 247 U. S. 243, 250; *Lane* v. *Darling-*

*ton,* 249 U. S. 331, 333. *Messrs. John P. Bullington* and *Dillon Anderson* for appellants. *Messrs. H. Grady Chandler* and *Henry H. Brooks* for appellees.